IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICKY R. EWING, #34353**  **PLAINTIFF**

**V.**  **CIVIL ACTION NO. 1:21-CV-13-TBM-RPM**

**BURL CAIN, ET AL.**  **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order denying Ewing's Motion [2] for Leave to Proceed *in Forma Pauperis* and dismissing the case issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 17th day of February, 2021.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE